In the Matter of Acquiring Title by THE CITY OF NEW YORK, to Certain Lands, etc., on the Northerly Side of Wortman Avenue between Hemlock Street and Autumn Avenue, Borough of Brooklyn, etc.— Motion to direct comptroller of the city of New York to dispense with payment of franchise tax granted. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

GEORGE S. ABELL, Respondent, v. THE CORNWALL INDUSTRIAL CORPORATION, Appellant.— On reargument, judgment and order affirmed, with costs. No opinion. Young, Kapper, Hagarty and Carswell, JJ., concur; Lazansky, P. J., dissents, being of opinion that it was error to exclude testimony as to justification, offered for the defense in mitigation of damages, despite the fact that the plea was stricken from the answer.

WALTER AMBROSE and ELIZABETH AMBROSE, Respondents, v. JOSEPH VASTUNAS and ELIZABETH VASTUNAS, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

ANDREW ANDE, Respondent, v. WILLIAM WERNER, Appellant.— Order denying defendant's motion to strike case from Special Term calendar affirmed, with ten dollars costs and disbursements. No opinion. Young, Lazansky, Hagarty, Seeger and Carswell, JJ., concur.

MAY K. ATKINSON, Respondent, v. BENJAMIN H. SANDERS and HENRY A. DOTEN, Copartners, etc., Appellants.— Judgment, and order denying motion to set aside verdict, affirmed, with costs. No opinion. Young, Rich, Kapper and Hagarty, JJ., concur; Lazansky, J., dissents.

ATLANTIC TERRA COTTA COMPANY, Plaintiff, v. RUBENFIELD CONSTRUCTION CORPORATION and Others, Defendants. EAGLE INDEMNITY COMPANY, Appellant; FRANK D. CREAMER & CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HARRY COHEN, Appellant, v. KINGSBORO SECURITIES CO., INC., Respondent.— Judgment reversed upon the law and the facts, with costs; judgment directed for plaintiff for $1,000 and interest, with costs; vendee's lien impressed therefor. (*Von Bargen* v. *Ginsberg*, 218 App. Div. 545; affd., 245 N. Y. 647.) Young, Lazansky, Hagarty, Seeger and Carswell, JJ., concur.

DENNIS DOLLARD, Respondent, v. SIDNEY ROHTMAN and JULIUS CHARNOW, etc., Appellants.— Judgment reversed upon the law and new trial granted, costs to appellants to abide the event, for errors appearing in the record at folios 211 and 212. Young, Kapper, Lazansky, Hagarty and Seeger, JJ., concur.

EDWARD J. FARRELL, Appellant, v. MASSAPEQUA HOLDING CORPORATION, Respondent, and Another, Defendant.— The parties having failed to stipulate that this case may be decided by a court of four justices, a reargument is ordered and the case set down for Monday, December 5, 1927. Rich, Young, Kapper and Hagarty, JJ., concur.